■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALFRED TANNER, Respondent.—Order unanimously affirmed for reasons stated in decision at Supreme Court, Gorman, J. (Appeal from Order of Supreme Court, Onondaga County, Gorman, J.—Dismiss Indictment.) Present—Green, J. P., Pine, Balio, Lawton and Davis, JJ.